LILLIAN ROSENTHAL, Appellant, *v.* NATHAN ROSENTHAL, Respondent.

(Submitted October 8, 1930; decided October 24, 1930.)

*Morris Hillquit* and *Charles M. Joseph* for appellant.

*Saul I. Radin* and *Otto C. Sommerich* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.